# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Demetri G. Horton<br>DOB: 06/25/1991<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 23-1830M(NJ)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 20 & December 4, 2022  in the county of  Milwaukee  in the  Eastern  District of  Wisconsin , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 1951; 924(c)(1)(A)(ii); 922(g)(1) & 924(a)(2); | Hobbs Act - robbery; brandishing a firearm during a crime of violence; possession of a firearm by a felon; |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Ian William Byrne, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/19/2023

_____
Judge's signature

City and state:   Milwaukee, Wisconsin        Hon. Nancy Joseph, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT AND ARREST WARRANTS

I, Ian Byrne, being first duly sworn, hereby depose and state as follows:

## BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been a sworn law enforcement officer since December 2021. Prior to my employment with the FBI, I was an active-duty U.S. Army soldier for approximately nine years. I am currently assigned to the FBI's Milwaukee Area Violent Crimes Task Force. This Task Force is a multi-jurisdictional law enforcement entity charged with investigating violations of federal law, including violent and threatening criminal matters defined under Title 18 of the United States Code. I have been trained in a variety of investigative matters, to include threatening communication. I have also been trained in a variety of legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have conducted criminal investigations, participating in surveillance, searches, interviews, arrests, and debriefs of arrested subjects. As a result of this training and investigative experience, I have learned how and why criminal actors typically conduct various aspects of their criminal activities.

2. The facts contained in this affidavit are known to me through my personal knowledge, training, and experience, and through information provided to me by other law enforcement officers, who have provided information to me during their official duties and whom I consider to be truthful and reliable.

3. Based upon the information described below, this affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Dametri G. HORTON (DOB XX/XX/1991), for his involvement in the criminal activity described below.

4. More specifically, there is probable cause to believe that on or about November 20,

2022 in Milwaukee County, in the Eastern District of Wisconsin, and elsewhere, Dametri G. HORTON committed the following crimes: Hobbs Act - robbery, in violation of Title 18, United States Code, Section 1951; brandishing a firearm during a crime of violence, in violation of Title 18 United States Code, Sections 924(c)(1)(A)(ii); and possession of a firearm by a felon, in violation of Title 18 United States Code, Sections 922(g)(1) & 924(a)(2).

5. Further, there is probable cause to believe that on or about December 4, 2022 in Milwaukee County, in the Eastern District of Wisconsin, and elsewhere, Dametri G. HORTON committed the following crime: possession of a firearm by a felon, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

6. Because this affidavit is submitted for the limited purpose of a obtaining a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have attempted to set forth only the facts that I believe are pertinent to establishing the necessary foundation for the complaint and arrest warrants.

## PROBABLE CAUSE

7. On November 20, 2022, Milwaukee Police Detective Amy Stolowski was dispatched to Walgreens, located at 6442 North 76th Street, Milwaukee, Wisconsin, to investigate a report of an armed robbery. Walgreens is a business engaged in the movement of articles and commodities in interstate commerce. Upon her arrival, Det. Stolowski spoke to JN (D.O.B. XX/XX/03), who is a cashier at the store. JN stated she was working at the store when she assisted a female customer in adding money to a Chime prepaid credit card. JN stated when someone wants to add more than $300 to a Chime card, JN is required to ask for their identification. The female customer provided a photo identification card, JN scanned it, and completed the transaction. The female customer left the store after the Chime card transaction and encountered an unknown black

male wearing black clothing. The female customer and male engaged in conversation, and then the male entered the store and approached the checkout counter where JN was working.

8. JN further stated that when the above-described male approached her checkout counter, she observed him holding a large black gun in his right hand. The gunman put the gun on the counter and demanded JN give him the money from the register. JN started moving away from the counter, but the male threatened to "shoot up" the store. Fearing for her safety and the safety of others, JN opened the cash register drawer. The male took money from the open register drawer and left the store. JN did not see in which direction the male traveled from the store or whether he left on foot or in a vehicle.

9. Detective Stolowski interviewed the Walgreens shift lead, TC (D.O.B. XX/XX/1990), who was present at the above-described Walgreens during the robbery on November 20, 2022. According to TC, the above-described gunman took without consent from Walgreens a total of $385.44 from JN's Walgreens cash register.

10. Milwaukee County District Attorney's Office Investigator Steven Strasser reviewed the Walgreens surveillance video of the above-described robbery and observed the gunman enter a black Chevy Impala located in the Walgreens parking lot. After the robbery, the Impala left the Walgreens parking lot and traveled towards W. Mill Rd. Investigator Strasser observed a Milwaukee County bus in the video, which he was able to identify and obtain its transit video. The video showed the Impala stopped at the intersection of North 76th Street and West Silver Spring Drive. As the Impala passed the bus, Investigator Strasser observed the Impala had no front plate, but instead had a decorative silver placard with a gold Chevy emblem on it. The Impala also had no rear plates but had a red placard. It also had a rear spoiler, an antenna on the rear roof, and "5-star stock aluminum rims."

11. Investigator Strasser searched City of Milwaukee Police CAD reports for any incidents involving a car that matched the Impala's description and found a report in which a call for service was made regarding a subject with a gun at 2XXX North 56th Street on July 17, 2022. Investigator Strasser watched the officers' body camera videos from that investigation, and in one of those videos he observed an Impala matching the description of the vehicle involved in the Walgreens robbery. He also observed a woman that matched the description of the above-described female who added money to her Chime card and identified her by the related police reports: KG (D.O.B. XX/XX/89).

12. On December 1, 2022, Milwaukee Police Detective John Shipman made contact with KG at her residence. Detective Shipman told KG that he needed to ask her questions about an armed robbery that occurred at a Walgreens. Immediately, KG asked, "did Goo Goo do something stupid?" KG stated "Goo Goo" is a friend of hers, but she had not seen him in years until she saw him in the Walgreens parking lot when she exited the Walgreens after adding money to her Chime card. KG spoke briefly to "Goo Goo," then continued walking to her car that was parked in the parking lot. As KG was reversing the car to drive out of the lot, "Goo Goo" approached her passenger side window and asked her to drive him. KG drove "Goo Goo" to the area of Humboldt Park on the east side of Milwaukee. Before "Goo Goo" exited KG's car, KG observed "Goo Goo" in possession of a large, black, semi-automatic pistol with a brown grip. Det. Shipman showed KG still photos from the Walgreens surveillance video that recorded the above-described armed robbery, and KG identified the male with the gun in the photos as "Goo Goo." KG then showed Det. Shipman "Goo Goo's" Facebook profile. The name on the profile was "DM Sizzle Goosie (Goo Goo)" and Det. Shipman confirmed the photo on Facebook matched the person in the still photos from the Walgreens surveillance video.

13. Also on December 1, 2022, Det. Shipman showed KG a photo array containing a photo of the defendant. KG identified the photo of the defendant, Dametri G. HORTON, as "Goo Goo."

14. On December 4, 2022, Milwaukee Police officers were looking for a white Mercedes GLE that had been taken in an armed robbery in Wauwatosa on December 3, 2022. City of Milwaukee Police Officers Anthony Milone and Austin Domagalski observed the GLE stopped in the middle of North Achilles Street, north of East Ring Street, Milwaukee, Wisconsin. The GLE began traveling north on North Achilles Street, then turned east onto East Concordia Avenue. Officers Milone and Domagalski moved their fully marked, City of Milwaukee Police Department squad car behind the GLE and activated their emergency lights and siren to conduct a traffic stop. The GLE did not stop and the officers pursued the vehicle for 9.76 miles, during which time it reached speeds of 90 miles per hour on city streets, failing to stop at numerous red traffic lights and stop signs and almost hitting a pedestrian that was crossing West Sheridan Avenue near North 35th Street, Milwaukee, Wisconsin. At approximately 5XXX North 35th Street, Milwaukee, Wisconsin, the GLE stopped, and the driver exited the vehicle and ran. While he was running, the driver threw a dark-colored handgun over a fence, then climbed the fence and began running around a large fenced-in lot. Officers eventually caught and arrested the driver and identified him as the above-named defendant, Dametri G. HORTON.

15. Officers retrieved the firearm that Horton threw during the above-described foot pursuit. The firearm was identified as a loaded, Taurus model PT92 AF semi-automatic pistol bearing serial number TFL58365D. The firearm is black with a brown grip. Taurus is a firearms manufacturer based in Brazil and does not manufacture firearms in the State of Wisconsin, and therefore, said firearm was transported in interstate commerce.

16. On August 25, 2023, the City of Milwaukee Police Department received a report from the State of Wisconsin Regional Crime Lab summarizing the lab analysis of DNA buccal swabs obtained from Dametri G. HORTON and swabs recovered from the above-described Taurus model PT92 AF semi-automatic pistol bearing serial number TFL58365D. The lab's report identified Dametri G. HORTON's DNA as a contributor to the detected DNA mixture obtained from said firearm swab(s).

17. Further, I have reviewed records maintained by the Milwaukee County Clerk of Circuit Court, which reflect that the defendant has felony convictions that remain of record and unreversed in the following Wisconsin Circuit Court cases: 2009CF001942 – burglary; 2012CF005923 - possession of THC (2nd or subsequent offense); and 2014CF000892 – theft (movable property > $2500-$5000).

## **CONCLUSION**

18. Based on the facts contained within this affidavit, there is probable cause to believe that on or about November 20, 2022 in Milwaukee County, in the Eastern District of Wisconsin, and elsewhere, Dametri G. HORTON committed the following crimes: Hobbs Act - robbery, in violation of Title 18, United States Code, Section 1951; brandishing a firearm during a crime of violence, in violation of Title 18 United States Code, Sections 924(c)(1)(A)(ii); and possession of a firearm by a felon, in violation of Title 18 United States Code, Sections 922(g)(1) & 924(a)(2).

19. Based on the facts contained within this affidavit, there is probable cause to believe that on or about December 4, 2022 in Milwaukee County, in the Eastern District of Wisconsin, and elsewhere, Dametri G. HORTON committed the following crime: possession of a firearm by a felon, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).